IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

STEVEN LEE JOHNSON                                                                                    PLAINTIFF

V.                              CASE NO. 3:13CV00126 JTK

CAROLYN W. COLVIN, *Acting Commissioner,*
Social Security Administration                                                                    DEFENDANT

# JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 27th day of March, 2014.

_____
UNITED STATES MAGISTRATE JUDGE